IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                  Case No. CR-2-06-253
                                        JUDGE FROST

KALI YOUNG,

    Defendant.

**ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE**

This matter came on for a hearing this 30th day of July, 2015 upon the Petition to Revoke the Defendant's Supervised Status. Defendant, Counsel for the Defendant, and Counsel for the Government appeared.

At the hearing Defendant admitted to violating:

| | |
|---|---|
| Mandatory Condition #2: | "You shall refrain from and unlawful use of a controlled substance." |
| Standard Condition #2: | "The defendant shall report to the probation office and shall submit a truthful and complete written report within the five days of each month." |
| Standard Condition #3: | "The defendant shall answer truthfully all inquiries of the probation office and follow the instructions of the probation." |

The Court accepts the admissions.

The Court thereafter proceeded with sentencing. Pursuant to the United States Sentencing Guidelines (U.S.S.G.) § 7B1.1(a)(2), Defendant has been found guilty of violating one

1

Mandatory Condition and two Standard Conditions, which conduct represents a Grade C violation.

Based on a Grade C violation and criminal history category VI, the advisory guideline imprisonment range for revocation purposes is 8 to 14 months.  See U.S.S.G. § 7B1.4(a).

Relying upon the foregoing, the facts of this case, and the 18 U.S.C. § 3553(a) factors, the Court orders that Defendant's Supervised Release be revoked and the Court sentences Defendant to six (6) months imprisonment.  Upon completion of the six month sentence, the defendant shall not be required to serve any further time of Supervised Release.

After sentencing, Defendant acknowledged his rights of appeal.

Defendant was remanded to the custody of the United States Marshal's Service.

**IT IS SO ORDERED.**

                                           s/   Gregory L. Frost
                                        **GREGORY L. FROST, JUDGE**
                                        **UNITED STATES DISTRICT COURT**